CHAMBERS OF
**JUDGE MALCOLM F. MARSH**

**Chambers: (503) 326-8360**
*facsimile: (503) 326-8369*

July 18, 2006

Committee on Financial Disclosure
Attn:   Ortrie D. Smith, Chair
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N. E.
Washington, D. C.   20544

Re:   2005 Financial Disclosure Report - Amendment

Dear Committee Members:

Thank you for your letter of July 13, 2006 regarding Part I, line 1 of my report.   The name of the condominium association is ▅▅▅▅▅ **Condominium Association.** ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ My term as a board member ended in June, 2006.

Very truly yours,

Malcolm F. Marsh
United States District Judge

MFM:cka

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARSH, MALCOLM F | U.S. DISTRICT COURT, OREGON | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DIST. JUDGE, SR. STATUS | ☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b.   ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 S. W. THIRD AVENUE<br>SUITE 1507<br>PORTLAND, OR 97204 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD MEMBER | RESIDENCE CONDOMINIUM ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/68 | VESTED INTEREST IN FORMER LAW FIRM, CLARK, LINDAUER PLAN, PIONEER TRUST BANK, N.A., SALEM, OR SEE VII, P. 8, LINE 73 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 1/4 Interest in Clark, et al, Salem, OR Rental, App. 1992 | D | Rent | M | Q | | | | | |
| 2. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 3. Smith Barney Municipal Money Market Fund Mutual Fund | A | Interest | J | T | | | | | |
| 4. MUNICIPAL BONDS | | | | | | | | | |
| 5. Lane County Ore Sch Dist 4J, Due 7/1/2018 | A | Interest | K | T | Buy | 02/07 | K | | |
| 6. Deschutes & Jefferson Cntys SD #02J, Due 6/15/2024 | A | Interest | K | T | Buy | 05/09 | K | | |
| 7. | A | Interest | | | Sell | 12/27 | K | A | |
| 8. Forest Grove Ore Rev Rfdg & Campus, Due 5/1/2036 | A | Interest | K | T | Buy | 08/10 | K | | |
| 9. Oregon St. Bd Bk Rev Ore Eco Comm Dev Dept, 01/01/2025 | A | Interest | J | T | | | | | |
| 10. Umatilla Co. Ore. Hosp., 12-01-2030 | B | Interest | K | T | | | | | |
| 11. Salem-Keizer Ore. S.D., 6-1-09, orig. maturity 06/01/2013 | A | Interest | J | T | | | | | |
| 12. Ore St. Health HSF Edl & Cultural, 11-15-2032 | A | Interest | K | T | | | | | |
| 13. Portland OR Housing Auth Rev Rfdg-Pooled 01/01/2027 | A | Interest | J | T | | | | | |
| 14. Clack Cnty Ore Sch Dist (Lk Osw), 06/01/2026 | B | Interest | K | T | | | | | |
| 15. OHSU Rev Ser A MSF MBIA, 07/01/2032 | A | Interest | K | T | | | | | |
| 16. Ore. St. Elderly & Disabled Hsg Serv 08/01/2022 | B | Interest | | | Sale | 06/03 | K | A | |
| 17. Corvallis Sch Dist 509J, Due 06/01/2018 | | | | | | | | | *See att'd explanation |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ore. St. Dept. Admin Svcs, due 05/01/2028 | A | Interest | J | T | | | | | ** See att'd explanation |
| 19. Washington & Clackamas Cnty SD#23, Due 06/15/2020 | B | Interest | K | T | | | | | |
| 20. OR St Vets Welfare, Ser. B, Due 10/01/2042 | B | Interest | K | T | Partial call | 04/01 | J | A | |
| 21. Douglas Cnty SD #4, Due 12/15/2020 | A | Interest | | | Sale | 02/07 | K | B | |
| 22. OR St. Bd Higher Ed G/O, Due 08/01/2028 | B | Interest | K | T | | | | | |
| 23. Portland City OR Ltd/Tax Conv. Ctr, Ser. A, Due 06/01/2030 | B | Interest | K | T | | | | | |
| 24. OR St Dept Transn Hwy User Tax Rev, Due 11/15/2028 | B | Interest | K | T | | | | | |
| 25. Umatilla Co OR Hsp Fax Au Rev Cath, Due 5/1/2034 | A | Interest | K | T | | | | | |
| 26. Salem OR Wtr & Sewer Rev Rfdg, Due 5/1/2020 | B | Interest | | | Sale | 12/27 | K | A | |
| 27. MUTUAL FUNDS | | | | | | | | | |
| 28. Pimco Real Return Fund Mutual Fund | A | Interest | J | T | Partial Sale | 01/06 | J | A | |
| 29. | A | Interest | K | T | Paart Sale | 05/09 | K | A | |
| 30. | A | Interest | | | Sale | 08/10 | K | A | |
| 31. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 32. Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 33. MUNICIPAL BONDS | | | | | | | | | |
| 34. Lane County Ore Sch Dist 4J, Due 7/1/2018 | A | Interest | J | T | Buy | 02/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Deschutes & Jefferson Cnty SD #02J, Due 6/15/2024 | A | Interest | K | T | Buy | 05/09 | K | | |
| 36. | A | Interest | | | Sale | 12/27 | K | A | ( |
| 37. Ore. St. Hsg & Cmnty Svcs Dept, Due 1/1/2023 | A | Interest | J | T | Buy | 10/31 | J | | |
| 38. Salem, Ore Water & Sewer, Due 5/1/2020 (purch in '04) | A | Interest | J | T | Buy | 09/28 | K | | *** See att'd explanation |
| 39. | | | | | Sell | 12/21 | K | A | |
| 40. Forest Grove Ore Ref Rfdg & Campus, 05/01/2036 | A | Interest | K | T | Buy | 08/10 | K | | |
| 41. Portland OR Central City Street, 04/01/2018 | A | Interest | | | Sale | 06/03 | K | A | |
| 42. Portland ORE Sewer System Rev, 06/01/2018 | A | Interest | | | Sale | 01/03 | K | A | |
| 43. Medford ORE Hosp Facs Auth Rev, 08/15/2028 | A | Interest | K | T | | | | | |
| 44. Oregon St. Dept of Administ. Services (MBIA), 11/1/2016 | A | Interest | | | Full Call | 11/01 | J | A | |
| 45. ORE St. Hlth HSF Edl & Cultural 11/15/2032 | A | Interest | K | T | | | | | |
| 46. Wash, Mult & Yamhill Cos Ore S/D 06/01/2018 | A | Interest | | | Sale | 01/3 | K | A | |
| 47. Ptld Or Hsg Auth Rev RFDG 01/01/2027 | A | Interest | J | T | | | | | |
| 48. Wash Cnty Ore Sch Dist (Forest Grove) 06/15/2021 | A | Interest | J | T | | | | | |
| 49. Clack Cnty Ore Sch Dist (Lk Osw), 06/01/2026 | C | Interest | L | T | | | | | |
| 50. Ore. St. Elderly & Disabled Hsg Ser, 08/01/2022 | A | Interest | | | Sale | 01/03 | K | A | |
| 51. OHSU Rev Ser. A. MSF, MBIA, 07/01/2032 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARSH, MALCOLM F | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ore St Brd Higher Ed Baccalaureate, 08/01/2017 | A | Interest | | | Sale | 12/27 | J | A | |
| 53. Douglas County S.D. #4, Due 12/15/2020 | A | Interest | | | Sale | 02/07 | J | A | |
| 54. Ore. St. Veterans Welfare Service, Due 10/01/2042 | A | Interest | K | T | | | | | |
| 55. Washington/Clackamas Cnty S.D. 23 Tigard, Due 6/15/2020 | B | Interest | K | T | | | | | |
| 56. Clackamas Cnty OR full faith & cred obligs, due 6/1/2033 | A | Interest | | | Sale | 01/03 | J | A | |
| 57. Bend OR full faith & credit obligs, due 12/1/2022 | B | Interest | K | T | | | | | |
| 58. Deschutes Cnty, OR, Hosp Facs, due 1/1/2022 | C | Interest | L | T | | | | | |
| 59. Oregon St Dept Admin Svcs (OID), due 5/1/2028 | A | Interest | | | Sale | 06/03 | K | A | |
| 60. OR St Bd Higher Ed G/O Ser. B Due 8/1/2028 | B | Interest | K | T | | | | | |
| 61. Portland City OR Ltd. Tax Conv. Ctr Ser A, Due 6-1-2030 | B | Interest | K | T | | | | | |
| 62. Umatilla Co. OR Hsp Fac Au Rev Cath Due 5/1/2034 | A | Interest | K | T | | | | | |
| 63. OR St Dept Transn Hwy User, Due 11-15-2028 | B | Interest | K | T | | | | | |
| 64. MUTUAL FUNDS | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. Pimco Real Return Fund, Cl. B | A | Interest | K | T | Part Sale | 05/09 | K | A | |
| 67. | A | Interest | | | Sale | 08/10 | K | A | |
| 68. Delaware Tax Free Oregon Insured Fund B | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Key Bank Private Bank | A | Interest | K | T | | | | | |
| 70. U.S. Bank Checking Acct | A | Interest | J | T | | | | | |
| 71. Key Bank Money Market Acct | A | Interest | K | T | Transferred | 02/02 | K | | ****See att'd explanation |
| 72. U.S. Bank Money Market Acct | A | Interest | L | T | | | | | |
| 73. 15% of Clark, Lindauer, et al., 401K PS Plan | F | Int & Div | O | T | Distrib. | 1/10 | K | A | Partial - annual w/draw profit sharing; |
| 74. | | | | | | | | | No management of investments |
| 75. | | | | | | | | | investments |
| 76. Pioneer Trust Bank (Distrib from Clark, Lindauer--above) | A | Interest | K | T | Distrib. | 4/8 | K | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Corvallis School District

    The 12-29-04 sale was a full sale, not a partial sale, as listed on the 2004 FDR

**Ore. Dept. of Administrative Services

    The 12-29-04 sale was a partial sale, not a full sale, as listed on the 2004 FDR

***Salem, Ore Water & Sewer

    The bonds were purchased on 9-28-04, but inadvertently omitted from the 2004 FDR

****The Key Bank Money Market Account was transferred into Key Bank Private Bank

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544